UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SOLO CUP OPERATING CORPORATION, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>FIRST PACK, LLC, d/b/a PACKNWOOD. )<br>)<br>*Defendants.* )<br>)<br>)<br>)<br>)<br>) | Case No. |

NOTICE OF CLAIM INVOLVING
TRADEMARK UNDER LOCAL RULE 3.4

Plaintiff, Solo Cup Operating Corporation provides the following information for this trademark infringement action as required by 15 USC § 1116(c) and Local Rule 3.4.

1. Plaintiff, Solo Cup Operating Corporation, has a business address of 7575 S. Kostner Ave. Chicago, Illinois 60652, and a corporate mailing address of 500 Hogsback Rd., Mason, Michigan 48854.

2. The business address of Defendant, First Pack LLC., is 213 West 35th Street (Floor 14), New York, New York 10001.

3. This action involves United States Registration No. 3,284,076, which is owned by Plaintiff.

Dated: <u>August 15, 2016</u>  Respectfully Submitted,

  /s/ Bradley F. Rademaker
Bradley F. Rademaker
Andrea S. Fuelleman
NEAL GERBER & EISENBERG LLP
2 North LaSalle Street, Suite 1700
Chicago, Illinois 60602
Tel: (312) 269-8000
brademaker@ngelaw.com
afuelleman@ngelaw.com

**Attorneys for Plaintiff**
**SOLO CUP OPERATING CORPORATION**

25113312.1