# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SOLO CUP OPERATING CORPORATION, | ) |
| *Plaintiff,* | ) ) ) Case No. |
| v. | ) ) |
| FIRST PACK, LLC, d/b/a PACKNWOOD | ) ) |
| *Defendants.* | ) ) |

## SOLO CUP OPERATING CORPORATION'S
## DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Rule 7.1, Fed. R. Civ. P., Solo Cup Operating Corporation ("Plaintiff") states that it is an affiliate of Dart Container Corporation, and that no publicly held corporation owns more than 5% of the Plaintiff or Dart Container Corporation. Pursuant to L.R. 3.2, Plaintiff states that it has no publicly-held affiliates.

Dated: August 15, 2016          Respectfully Submitted,

　　　　　　　　　　　　　　　　　 /s/ Bradley F. Rademaker
　　　　　　　　　　　　　　　　Bradley F. Rademaker
　　　　　　　　　　　　　　　　Andrea S. Fuelleman
　　　　　　　　　　　　　　　　NEAL GERBER & EISENBERG LLP
　　　　　　　　　　　　　　　　2 North LaSalle Street, Suite 1700
　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　Tel: (312) 269-8000
　　　　　　　　　　　　　　　　brademaker@ngelaw.com
　　　　　　　　　　　　　　　　afuelleman@ngelaw.com

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　SOLO CUP OPERATING CORPORATION

25113314.1